RECEIVED
JUL 20 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RONNIE COLEMAN | CIVIL ACTION NO. 08-998-P |
| VERSUS | JUDGE STAGG |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of July, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE